```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Kenneth Cardwell,

    Plaintiff,

    v.                         Case NO. 2:14-cv-246

Deputy Warden Bradley, et al.,

    Defendants.

## ORDER

This matter is before the court for consideration of the report and recommendation of the magistrate judge filed on November 10, 2015. The magistrate judge recommended that the instant case be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. The report and recommendation specifically advised the parties that the failure to object to the report and recommendation within fourteen days "will result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 47, p. 3.

The time period for filing objections to the report and recommendation has expired, and no objections have been filed. Therefore, the court adopts the report and recommendation (Doc. 47). This case is hereby dismissed without prejudice for failure to prosecute.

Date: November 30, 2015          s/James L. Graham
                                      James L. Graham
                                      United States District Judge